

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2022

No. 04-22-00654-CR

**IN RE** Russell S. **ADAMS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

On October 26, 2022, this court issued an opinion denying relator's petition for writ of mandamus. On November 14, 2022, relator filed a Motion for En Banc reconsideration. After considering the arguments raised by relator, the Motion for En Banc reconsideration is hereby **DENIED**.

It is so **ORDERED** on November 28, 2022.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. CR16-0666, styled *The State of Texas v. Russell S. Adams*, pending in the County Court at Law, Kerr County, Texas, the Honorable Susan Harris presiding.